**F I L E D**
CLERK, U.S. DISTRICT COURT

12/7/2021

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ VM _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

November 2021 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>KRISTOPHER BRENT COBB,<br><br>        Defendant. | CR 2:21-CR-00561-JFW<br><br>I N D I C T M E N T<br><br>[18 U.S.C. § 1349: Conspiracy to Commit Bank Fraud; 18 U.S.C. § 1344(2): Bank Fraud; 18 U.S.C. § 1028A(a)(1): Aggravated Identity Theft] |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. § 1349]

A.   INTRODUCTORY ALLEGATIONS

At times relevant to this Indictment:

1.   Defendant KRISTOPHER BRENT COBB resided in Los Angeles County, California.

2.   Victim 1 and Victim 1's wife ("Victim 2") had an account with Verizon Wireless that was associated with specified cell phone numbers that Victim 1 and Victim 2 used ("Victim 1's Cell Phone Number" and "Victim 2's Cell Phone Number," respectively).

3.    Victim 1 had accounts with financial institutions that issued credit cards in Victim 1's name, including the following:

a.    A credit card issued by Barclays Bank (the "Barclays Card");

b.    A credit card issued by Capital One (the "Capital One Card");

c.    A credit card issued by Chase Bank (the "Chase Card");

d.    A credit card issued by Citibank (the "Citi Card"); and

e.    A credit card issued by Discover Bank (the "Discover Card").

4.    Barclays Bank, Capital One Bank, Chase Bank, Citibank, and Discover Bank (the "victim financial institutions") were financial institutions insured by the Federal Deposit Insurance Corporation.

5.    On or about September 11, 2019, Victim 1, Victim 2, and Victim 1's son were killed.  The deaths of Victims 1 and 2 and their son were covered in numerous news articles published by the print and broadcast media in Los Angeles and elsewhere.

B.    THE OBJECT OF THE CONSPIRACY

6.    Beginning no later than on or about September 13, 2019, and continuing until at least on or about November 8, 2019, in Los Angeles County, within the Central District of California, and elsewhere, defendant COBB knowingly conspired with others known and unknown to the Grand Jury to commit bank fraud, in violation of Title 18, United States Code, Section 1344(2).

//

//

//

C.   THE MANNER AND MEANS OF THE CONSPIRACY

7.   The object of the conspiracy was to be carried out, and was carried out, in substance, as follows:

a.   After Victim 1 and Victim 2's death, defendant COBB would impersonate Victim 1 in order to cause Verizon to assign Victim 1's Cell Phone Number and Victim 2's Cell Phone Number to physical cell phones that defendant COBB possessed.

b.   Defendant COBB would use phones he possessed to access fraudulent email addresses in Victim 1 and Victim 2's names created after their deaths by co-conspirators.

c.   Defendant COBB would call the victim financial institutions from Victim 1's Cell Phone Number and impersonate Victim 1 in order to make unauthorized changes to Victim 1's credit card accounts, including increasing the credit limit, adding defendant COBB as an authorized user to the credit card accounts, requesting replacement and additional credit cards, and changing the mailing address associated with the credit card accounts to addresses to which defendant COBB and his co-conspirators had access.  In doing so, defendant COBB, knowing that Victim 1 was deceased, falsely represented to the victim financial institutions that he was Victim 1 and had the authority to make the requested changes to Victim 1's credit card accounts.

d.   Defendant COBB and other co-conspirators would use fraudulently obtained replacement and additional credit cards for Victim 1's credit card accounts for unauthorized purchases and ATM cash withdrawals.

D.    OVERT ACTS

8.    On or about the following dates, in furtherance of the conspiracy and to accomplish its object, defendant COBB, together with other co-conspirators, committed the following overt acts, among others, within the Central District of California and elsewhere:

Overt Act No. 1:    On September 17, 2019, defendant COBB called Capital One and requested that Victim 1's email address be updated to an email address in Victim 1's name to which defendant COBB had access.

Overt Act No. 2:    On September 18, 2019, at a Verizon store in Pasadena, California, defendant COBB impersonated Victim 1 and attempted to access the account for Victim 1's Cell Phone Number and Victim 2's Cell Phone Number.

Overt Act No. 3:    On September 19, 2019, at a Verizon store in West Covina, California, defendant COBB impersonated Victim 1 and attempted to access the account for Victim 1's Cell Phone Number and Victim 2's Cell Phone Number.

Overt Act No. 4:    On September 19, 2019, at a Verizon store in Montebello, California, defendant COBB impersonated Victim 1 and entered into a sales agreement in Victim 1's name for a cell phone with Victim 1's Cell Phone Number.

Overt Act No. 5:    On September 19, 2019, defendant COBB called Barclays Bank using Victim 1's Cell Phone Number and requested that Victim 1's email address be updated to an email address in Victim 1's name to which defendant COBB had access.

Overt Act No. 6:    On September 19, 2019, defendant COBB called Barclays Bank using Victim 1's Cell Phone Number and requested that the credit limit of Victim 1's Barclays Card be increased.

1      <u>Overt Act No. 7:</u>   On September 19, 2019, defendant COBB called

2  Barclays Bank using Victim 1's Cell Phone Number and requested that

3  defendant COBB be added as an authorized user of Victim 1's Barclays

4  Card.

5      <u>Overt Act No. 8:</u>   On September 19, 2019, defendant COBB called

6  Capital One using Victim 1's Cell Phone Number and requested that

7  defendant COBB be added as an authorized user of Victim 1's Capital

8  One Card.

9      <u>Overt Act No. 9:</u>   On September 28, 2019, defendant COBB used

10 the credit card issued in defendant COBB's name as an authorized user

11 of Victim 1's Capital One Card to attempt to make cash advance

12 withdrawals from an ATM in Los Angeles, California.

13     <u>Overt Act No. 10:</u>   On September 28, 2019, defendant COBB called

14 Capital One, as himself and then impersonating Victim 1, and

15 requested that any future purchases and cash advance withdrawals

16 using Victim 1's Capital One Card in defendant COBB's name be

17 approved.

18     <u>Overt Act No. 11:</u>   On October 2, 2019, at a Verizon authorized

19 retailer in Alhambra, California, defendant COBB impersonated

20 Victim 1 and entered into a sales agreement in Victim 1's name for a

21 cell phone with Victim 2's Cell Phone Number.

22     <u>Overt Act No. 12:</u>   On October 2, 2019, at a Verizon authorized

23 retailer in Alhambra, California, defendant COBB impersonated

24 Victim 1 and used Victim 1's Citi Card to make a purchase for

25 approximately $124.

26     <u>Overt Act No. 13:</u>   On October 4, 2019, defendant COBB called

27 Barclays Bank using Victim 1's Cell Phone Number and requested that

28 Barclays Bank send a replacement of Victim 1's Barclays Card to a

post office box in Woodland Hills, California that a conspirator fraudulently opened in Victim 1's name after Victim 1's death ("Box 313").

Overt Act No. 14:   On November 8, 2019, defendant COBB used a key to open Box 313 in Victim 1's name and took possession of its contents.

1

2

COUNTS TWO AND THREE

[18 U.S.C. §§ 1344(2), 2(a)]

3          9.    The Grand Jury incorporates paragraphs 1 through 5 and 7 of

4    this Indictment here.

5    A.    THE FRAUDULENT SCHEME

6          10.   Beginning no later than on or about September 13, 2019, and

7    continuing until at least on or about November 8, 2019, in Los

8    Angeles County, within the Central District of California, and

9    elsewhere, defendant COBB, together with others known and unknown to

10   the Grand Jury, each aiding and abetting the others, knowingly and

11   with the intent to defraud, devised, participated in, executed, and

12   attempted to execute a scheme to obtain moneys, funds, credits,

13   assets, and other property owned by and in the custody and control of

14   federally insured financial institutions, including the victim

15   financial institutions, by means of material false and fraudulent

16   pretenses, representations, and promises, and the concealment of

17   material facts.

18         11.   The fraudulent scheme operated and was carried out, in

19   substance, as set forth in paragraph 7 of this Indictment.

20   B.    EXECUTIONS OF THE FRAUDULENT SCHEME

21         12.   On or about the following dates, in Los Angeles County,

22   within the Central District of California, and elsewhere, defendant

23   COBB, together with others known and unknown to the Grand Jury, each

24   aiding and abetting the others, committed the following acts, each of

25   which constituted an execution of the fraudulent scheme:

26

27

28

7

| COUNT | DATE | ACT |
|-------|------|-----|
| TWO | 9/28/2019 | Attempted cash withdrawal of approximately $8,566 from a Union Bank ATM in Los Angeles, California, using Victim 1's Capital One Card in defendant COBB's name. |
| THREE | 10/2/2019 | Purchase of approximately $124 at a Verizon-authorized retailer in Alhambra, California, using Victim 1's Citi Card. |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

COUNT FOUR

[18 U.S.C. §§ 1028A(a)(1), 2(a), (b)]

13.   The Grand Jury incorporates paragraphs 1 through 5 and 7 of this Indictment here.

14.   Beginning no later than on or about September 13, 2019, and continuing until at least on or about November 8, 2019, in Los Angeles County, within the Central District of California, defendant COBB and others known and unknown to the Grand Jury, each aiding and abetting the others, knowingly possessed and used, and willfully caused to be possessed and used, without lawful authority, means of identification that defendant COBB knew belonged to another person, namely, the name of Victim 1, Victim 1's Cell Phone Number, and the account number for Victim 1's Citi Card, during and in relation to the offense of  Conspiracy to Commit Bank Fraud, a felony violation of Title 18, United States Code, Section 1349, as charged in Count

//

//

//

One of this Indictment, and Bank Fraud, a felony violation of Title 18, United States Code, Section 1344(2), as charged in Count Three of this Indictment.

A TRUE BILL

_____/S/_____

Foreperson

TRACY L. WILKISON
United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

RANEE A. KATZENSTEIN
Assistant United States Attorney
Chief, Major Frauds Section

POONAM G. KUMAR
Assistant United States Attorney
Deputy Chief, Major Frauds
Section

ROGER A. HSIEH
Assistant United States Attorney
Major Frauds Section

VALERIE L. MAKAREWICZ
Assistant United States Attorney
Major Frauds Section