JOSEPH T. MCNALLY
Acting United States Attorney
LINDSEY GREER DOTSON
Assistant United States Attorney
Chief, Criminal Division
ROGER A. HSIEH (Cal. Bar No. 294195)
Assistant United States Attorney
Deputy Chief, Major Frauds Section
VALERIE L. MAKAREWICZ (Cal. Bar No. 229637)
Assistant United States Attorney
Major Frauds Section
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0600/0756
     Facsimile: (213) 894-6265
     E-mail: Roger.Hsieh@usdoj.gov
             Valerie.Makarewicz@usdoj.gov

Attorneys for Applicant
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | No. 2:21-CR-00561-JFW |
|---|---|
| V. | ORDER |
| KRISTOPHER BRENT COBB, | |
| Defendant. | |

For good cause shown, IT IS HEREBY ORDERED, the Clerk of the Court provide government counsel, Assistant United States Attorneys Roger A. Hsieh and Valerie L. Makarewicz, a copy of defendant's unredacted Second Motion for Compassionate Release. (Dkt. 73.)

IT IS SO ORDERED.

January 29, 2025
DATE

HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

1